UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                           **Case No. 22-CV-1061-SCD**

**APPROXIMATELY $8,781.00 IN UNITED STATES CURRENCY, and**

**APPROXIMATELY $30,025.00 IN UNITED STATES CURRENCY,**

    **Defendants.**

---

## ORDER

---

This cause having come before this Court upon Plaintiff's Motion to Lift Stay and for Entry of an Order of Dismissal and upon consideration of the representations made therein and all the papers and pleadings on file in this action, including the parties' Stipulation of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that counsel John Franke's motion to withdraw his representation in this matter, ECF No. 38, is **GRANTED**.

IT IS HEREBY ORDERED that the United States' motion to lift the stay of this civil forfeiture case, ECF No. 40, is **GRANTED**.

IT IS FURTHER ORDERED that the stay that was entered in this case on September 1, 2023, ECF No. 37, is **LIFTED**.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees, costs, and expenses.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge

2

Case 2:22-cv-01061-SCD   Filed 06/04/24   Page 2 of 2   Document 41